JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FEDWIN MARZAN CARDONA,<br><br>Defendant. | No. CR 17-188-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release. The Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Cardona's supervised release is warranted by the conduct of Mr. Cardona and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Cardona shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __18th__ day of October, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Cardona*, CR17-188-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Corey Endo*
First Assistant Defender
Attorney for John Fedwin Marzan Cardona

ORDER GRANTING UNOPPOSED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Cardona*, CR17-188-RSL)  - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100